01cr340

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
880 FRONT STREET, SUITE 4290
SAN DIEGO, CALIFORNIA 92101-8900

OFFICIAL BUSINESS

RECEIVED
INTAKE
JUL 08 2010

☑ NOT AT THIS ADDRESS
☐ UNKNOWN
☐ NOT AUTHORIZED
☐ NEED CORRECT INMATE NAME, REG #

NIXIE    921  DC 1        00  07/07/10
         RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD

BC: 92101992955    *1377-04400-07-05